IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUZ DUNN,

        Plaintiff,                      No. CIV S-07-1815 FCD KJM PS

    vs.

MICHAEL CHERTOFF,

        Defendant.                <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order setting status conference, filed September 5, 2007, plaintiff was cautioned that this action may be dismissed if service was not timely completed. This action was filed September 4, 2007 and plaintiff has not yet properly served defendant with summons.

        A status conference was held before the undersigned on January 30, 2008. Plaintiff appeared telephonically. Plaintiff was directed to file proof of service of summons within thirty days and was cautioned that failure to do so would result in a recommendation of dismissal of this action. On February 21, 2008, plaintiff filed a proof of service. That document, however, fails to reflect service of summons in compliance with Federal Rule of Civil Procedure

1

1 4(i).  This case has now been pending over seven months.  Despite an extension of time to
2 complete service of summons, plaintiff has failed to properly serve defendant.
3         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.
4         These findings and recommendations are submitted to the United States District
5 Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
6 after being served with these findings and recommendations, any party may file written
7 objections with the court and serve a copy on all parties.  Such a document should be captioned
8 "Objections to Findings and Recommendations."  Any reply to the objections shall be served and
9 filed within ten days after service of the objections.  The parties are advised that failure to file
10 objections within the specified time may waive the right to appeal the District Court's order.
11 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
12 DATED: April 4, 2008.

U.S. MAGISTRATE JUDGE

006
dunn-4m.57