IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUZ DUNN,

        Plaintiff,                     No. CIV S-07-1815 FCD KJM PS

      vs.

MICHAEL CHERTOFF,

        Defendant.              ORDER

                                  /

        On April 4, 2008, findings and recommendations were filed recommending this action be dismissed due to plaintiff's failure to properly serve summons in this action. Plaintiff has filed objections. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Within ten days from the date of this order, plaintiff shall file proof of service of summons on the U.S. Attorney for the Eastern District, as referenced in plaintiff's objections.

        2. Within ten days from the date of this order, plaintiff shall complete service of summons in compliance with Federal Rule of Civil Procedure 4(i)(1)(B) and file proof of said service.

        3. The findings and recommendations filed April 4, 2008 are vacated.

/////

/////

1

1         4. This matter is set for status conference on June 18, 2008 at 10:00 a.m. in
2 courtroom no. 26. Status reports shall be filed no later than June 11, 2008.
3 DATED: April 25, 2008.

                                                      U.S. MAGISTRATE JUDGE

006
dunn.vac