IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUZ DUNN,

       Plaintiff,                    No. CIV S-07-1815 FCD KJM PS

    vs.

MICHAEL CHERTOFF,

       Defendant.             <u>ORDER</u>

                             /

       A status conference was held in this matter on June 18, 2008 before the undersigned.  Plaintiff appeared in propria persona.  Bobbie Montoya appeared for defendant. Upon consideration of the status reports on file in this action, discussion of plaintiff and counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

       1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within twenty-one days from the date of this order.

       2. Forty interrogatories shall be allowed per party.

       3. Plaintiff shall disclose experts no later than September 1, 2008.  Defendant shall disclose experts no later than  October 6, 2008.

/////

/////

4. Discovery, including the hearing of discovery motions, shall be completed by January 14, 2009.  Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

5. Dispositive motions, other than discovery motions, shall be noticed to be heard by April 22, 2009.

6. The pretrial conference is set for July 10, 2009 at 2:00 p.m. before the Honorable Frank C. Damrell.  Pretrial statements shall be filed in accordance with Local Rule 16-281.

7. Trial of this matter is set for September 22, 2009 at 9:00 a.m. before the Honorable Frank C. Damrell.  The parties shall file trial briefs in accordance with  Local Rule 16-285.

DATED:  June 23, 2008.

_____
U.S. MAGISTRATE JUDGE

006
dunn2.oas

2