IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUZ DUNN,

        Plaintiff,               No. CIV S-07-1815 FCD KJM PS

  vs.

MICHAEL CHERTOFF,

        Defendant.          <u>ORDER</u>

_____/

        The stipulation between the parties filed herein on September 3, 2008, is hereby APPROVED. Accordingly, the pretrial deadlines set forth in the Order filed herein on June 24, 2008, shall be modified (extended) as follows:

        **Plaintiff's designation of experts:** October 31, 2008

        **Defendant's designation of experts:** December 12, 2008

        **Discovery cutoff:** March 18, 2009

        **Law and motion cutoff:** June 24, 2009

        **Pretrial conference:** September 4, 2009 at 1:30 p.m. before the Honorable Frank C. Damrell.

        **Trial:** November 3, 2009, at 9:00 before the Honorable Frank C. Damrell.  In all other respects, the June 24, 2008 Order shall remain in effect.

1

1  Further, plaintiff's deadline to respond to the discovery requests served on her on
2  or about July 31, 2008, shall be extended by 30 days, to October 2, 2008.
3  IT IS SO ORDERED.
4  DATED: September 10, 2008.

_____
U.S. MAGISTRATE JUDGE

006
dunn.modsched