Luz A. Dunn
44070 S. El Macero Drive
El Macero, CA 95618
Telephone: (530) 297-0775

Plaintiff *In Pro Se*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ A. DUNN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF,<br><br>    Defendant. | Case No. 2:07-CV-01815-FCD-KJM<br><br>STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO ANSWER DEFENDANT'S DISCOVERY REQUESTS; ORDER THEREON |

    Plaintiff Luz A. Dunn, *in pro se*, and defendant Michael Chertoff, by the undersigned counsel, hereby agree and STIPULATE, subject to the Court's approval, as follows:

    1.  Plaintiff's deadline to respond to the discovery requests served on her on or about July 31, 2008, shall be extended by 14 days, from October 2 to October 16, 2008, such that counsel for defendant will receive plaintiff's responses on or before close of business on October 16, 2008. Plaintiff needs the additional time because she is on a temporary detail in Washington, D.C., away from home where she has all of her documents and exhibits that she needs to prepare her responses. In addition, she has been working over ten hours a day and in doing so, she is unable to work on her responses.  This is plaintiff's second extension of time in this regard.

    IT IS SO STIPULATED.

1  DATED: _____           _____[1]
                                    LUZ A. DUNN
2                                   Plaintiff *In Pro Se*

3

4  DATED: _____           McGREGOR SCOTT
                                    United States Attorney
5

6
                              By:   _____
7                                   BOBBIE J. MONTOYA
                                    Assistant U.S. Attorney
8
                                    Attorneys for Defendant
9

10

11

12
                                  ORDER
13

14      The foregoing stipulation is hereby APPROVED.

15      IT IS SO ORDERED.

16

17  DATED:  September 17, 2008.

18

19                                  _____
20                                  U.S. MAGISTRATE JUDGE

---

[1] The court acknowledges receipt of a stipulation signed by the parties.