IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUZ A. DUNN,

              Plaintiff,

   v.

MICHAEL CHERTOFF,

              Defendant.

Case No. 2:07-CV-01815-FCD-KJM

ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERTS

The stipulation between the parties filed herein on November 6, 2008, is hereby APPROVED. Accordingly, the pretrial deadlines set forth in the Order filed herein on September 11, 2008, shall be extended as follows:

    **Plaintiff's designation of experts:** November 28, 2008

    **Defendant's designation of experts:** January 30, 2009

In all other respects, the September 11, 2008 Order shall remain in effect.

    IT IS SO ORDERED.

DATED: November 10, 2008.

_____
U.S. MAGISTRATE JUDGE

1