IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUZ DUNN,

      Plaintiff,                   No. CIV S-07-1815 FCD KJM PS

    vs.

MICHAEL CHERTOFF,

      Defendant.              <u>ORDER</u>

_____/

        Plaintiff has requested a further extension of time to disclose experts. The time for disclosing experts has already been extended twice and plaintiff was required to disclose experts no later than November 28, 2008. Plaintiff's belated request, filed more than a month after the last deadline set for the required disclosure, fails to demonstrate good cause for further extension.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's request for extension of time to disclose experts is denied.

DATED: January 8, 2009.

_____
U.S. MAGISTRATE JUDGE

006
dunn.eot

1